IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:21-CR-284-TJM |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **STAN JOHNSON,** | ) | Violation:  49 U.S.C. §§ 46314(a), (b)(2) |
| | ) | [Entering an Aircraft and Airport Area in Violation of Security Requirements] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| Defendant. | ) | County of Offense:   Albany |

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
AUG 1 0 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Entering an Aircraft and Airport Area**
**in Violation of Security Requirements]**

On or about May 24, 2021, in Albany County in the Northern District of New York, the defendant, **STAN JOHNSON**, knowingly and willfully entered, in violation of security requirements prescribed under Title 49, United States Code, Sections 44901 and 44903(c), an aircraft and an airport area that serves an air carrier, with intent to evade security procedures and restrictions, and with intent to commit, in the aircraft, a felony under the laws of the United States, in that the defendant breached the perimeter fence of the Albany International Airport in Albany, New York; entered an unoccupied American Eagle aircraft bearing tail number N135HQ with the intent to stowaway on the aircraft, in violation of Title 18, United States Code, Section 2199; and entered the jet bridge of Gate 11 and Concourse B of the Albany International Airport, without submitting to the screening and inspection of his person and accessible property, in violation of Title 49, United States Code, Sections 46314(a), and (b)(2).

Dated: August 10, 2021

\***REDACTED\***

_____
Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: _____
Alexander P. Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897