IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re . . .<br>**United States of America,** | ) <br> ) | Criminal No. 1:21-cr-284 (TJM) |
| | ) | **Government's Unsealing Application** |
| v. | ) <br> ) | |
| **Stan Johnson,** | ) <br> ) | |
| **Defendant.** | ) | |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the indictment dated August 10, 2021 as to Stan Johnson under docket number 1:21-cr-284 (TJM). The reasons provided for the sealing of that document are no longer applicable.

Dated: October 3, 2021

ANTOINETTE T. BACON
Acting United States Attorney

By: /s Alexander P. Wentworth-Ping
AUSA Name
Assistant United States Attorney
Bar Roll No. 701897

*FILED OCT 04 2021, John M. Domurad, Clerk - Albany, U.S. District Court - N.D. of N.Y.*